Ruffin, C. J.
 

 The question in this case is the same, that was decided in the case of
 
 Haywood
 
 v.
 
 Long,
 
 ante p. 438, at the present term, except that the plaintiff offered to prove, “that in the section of the country, where the hiring took place, it was the custom for the owner and not the hirer, to pay for medical attendance on a slave which was rejected by the Court.
 

 No doubt the liability of the general and temporary owners of hired slaves, for the expenses of their maintenance and medicine during sickness, is often, and, perhaps, generally the subject of special contract between them. But, without some stipulation on that point, the general rule of law, as we have held it in the case mentioned, must operate, and cannot be controlled by any understanding to the contrary in particular neighborhoods, There is no established general custom on the point; for, if there was, that would, in truth, be the law. But a mere local usage, in a small part of the country, cannot change the law, and give the plaintiffs an action against one man, when they were employed by another.
 

 Per Curiam, Judgment affirmed.